UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO PELLEGRINO,<br><br>    Plaintiff,<br><br>- against -<br><br>EPIC GAMES, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>Case No. 2:19-cv-01806-JP |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Leo Pellegrino, through his counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants.

Dated: April 29, 2020

             */s/ David L. Hecht*
             David L. Hecht
             HECHT PARTNERS LLP
             20 West 23rd St. Fifth Floor
             New York, NY 10010
             Tel: (212) 851-6821
             E-mail: dhecht@hechtpartners.com

             Attorney for Plaintiff Leo Pellegrino